Clara Siegel and Vera Carrose, Trustee, Plaintiffs. Clara Siegel, Appellee, v. Mercantile Trust and Savings Bank of Chicago and Benjamin B. Morris, Defendants. Benjamin B. Morris, Appellant.

Gen. No. 40,612.

opinion filed October 25, 1939. Benjamin B. Morris, *pro se*; David

I. Spark, of counsel; Charles J. Trainor, for certain appellee; Gann, Secord, Stead & McIntosh, for certain other appellee; Loy N. McIntosh and Bert Thayer, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''